No. 85–555. BANKERS TRUST CO. *v.* METGE, EXECUTRIX OF THE ESTATE OF METGE, ET AL. C. A. 8th Cir. Motion of Amer-

ican Bankers Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. 